IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:25-cr-353 (MAD) |
| | ) | | |
| **v.** | ) | **Information** | |
| | ) | | |
| **MARK TREMBLAY,** | ) | Violation: | 18 U.S.C. § 2252A(a)(2)(A) [Distribution of Child Pornography] |
| **Defendant.** | ) | | |
| | ) | 1 Count and Forfeiture Allegation | |
| | ) | County of Offense: Rensselaer | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
[**Distribution of Child Pornography**]

On or about November 13, 2024, in Rensselaer County in the Northern District of New York, the defendant, **MARK TREMBLAY**, did knowingly distribute child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using the internet and a social media messaging application, distributed graphic video files depicting a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a)(3).

Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A(a)(2)(A), as set forth in Count 1, the defendant, **MARK TREMBLAY**, shall forfeit to the

2

United States, pursuant to Title 18, United States Code, Section 2253(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offense of conviction, or any property traceable to such property, including, but not limited to:

1) One Samsung Galaxy S23 Ultra (SM-S918U) cellular phone, IMEI: 358245975741447.

Dated: September 4, 2025                    JOHN A. SARCONE III
                                            Acting United States Attorney

                        By:    /s/ *Allen J. Vickey*
                               Allen J. Vickey
                               Assistant United States Attorney
                               Bar Roll No. 513696