U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Feb 1 - 2026
John M. Domurad, Clerk

November 20, 2025

The Honorable Mae D'Agostino
U.S. District Court
Albany, NY

Dear Judge D'Agostino:

My name is Elizabeth Tremblay-Farrell, my son Mark Tremblay is scheduled to appear before you for sentencing on February 6, 2026.  He has plead guilty to distribution of child pornography.   I am writing to you to plead for leniency for Mark.  As a mother, I am driven to do whatever I can to help my son; I know him better than anyone and he's just not "that guy."

The Criminal Justice System is unknown territory for me and my family.  All I know is we are talking about a young man's life, one whose future was on track for being a good father to his two sons, future accomplishments and successes in the pharmaceutical world and a beloved family member.  Mark didn't have a criminal record before this; he has no prior history of what he pleaded guilty to.  He got caught up in something ugly, and made bad decisions.  The Mark that I know is a great Dad…he loves and cares deeply for his sons and he would never do anything to harm either of them.  I know this in my heart to be true.

I can tell you that Mark is a kind, gentle, giving soul.  He has a big heart, he would never hurt anyone.  He was well liked and well respected at his job; he's smart and has a lot of potential.  I can also tell you who he isn't: he isn't a pedophile, and he isn't a danger to himself or to society.  His crime is a result of being naïve, having a lapse of good judgement, and being duped by a predator.  He should have reached out for help but didn't and it brought him to this point.  As a result, he has lost everything: his children, his wife, his home, his job, his reputation, his friends.  That's the permanent punishment; the temporary punishment is yet to be determined.

I know that Mark deeply regrets his actions. From my point of view,  Mark was a victim also; a victim of an online predator who manipulated him.  It will be years before he is able to see his children again; time they can't get back.  Any sentence imposed on Mark is a punishment for them as well.   And, selfishly, I wish to be alive to see him released from prison; a long sentence will deny me that wish.

I hope you will take my input into consideration.


Respectfully,

Elizabeth Tremblay-Farrell

January 7, 2026

Mattew E. Trainor
Assistant Federal Public Defender, Albany Office
54 State Street
Suite 310
Albany, NY 12207

RE:  Request for Sentencing Character Reference – Mark Tremblay

Dear Mr. Trainor:

I am responding to your request for a character reference for Mark Tremblay.  My name is Joyce Tisaj.  I am a retired wife, mother of 3, stepmother of 3 and grandmother of 16.  I retired my position as Director of HRIS approximately 4 years ago after 26 years with Albany Med.  I have known Mark approximately 15 years.  Mark has been an extended member of our family and participated as a family as he is the brother-in-law to my oldest daughter, Kimberly Tremblay as well as uncle to his brother's 4 children.

Mark is extremely smart. He is kind, generous and devoted to his family. He was a good provider.  My prospective is that Mark was congenial in nature and generally law abiding.  As for honesty, I never experienced nor did anyone tell me he was not always completely honest.  Mark was a family man. He took care of his family financially as well as working hard at home to provide a happy and stable family life.  Mark was very social attending all family gatherings.  Christmas Eve was celebrated at my house and they participated as part of our family. He was family.  In addition, Mark and Jenny had many friends and were very involved at all social functions at Regeneron. I know he was well-liked and well-regarded. My sister worked at Regeneron as well and consistently reiterated that she – as well as all others he worked with – thought very highly of him and the work he did.

Personally, I was shocked and devasted when hearing about Mark's arrest and incarceration.  I honestly could not believe the Mark that we knew was capable of the charges brought against him – and I still do not feel in my heart that he is capable of the severity of what they are charging him with.  It has been a long journey for the family to adjust and come to terms with the situation.

I trust that consideration is being given to the good character of this man as his future is decided.

Respectfully,

*Joyce Tisaj*
Joyce Tisaj

To Whom It May Concern:

My name is Nicole Banach, and I am writing this statement as a character reference for my friend, Mark Tremblay.

Mark and I have been colleagues and friends for the greater part of 10 years. We met after he joined my department at work and worked closely together for many years. When we were both operators in the manufacturing department, Mark would always be honest when he or his team made a mistake, and would be the first person to contact management to let them know what happened and take full responsibility. I knew I could always count on him to be honest and transparent with me. Mark was well-liked by his colleagues, always had a smile on his face, and was able to get along with even the most difficult of personalities. Mark was always kind and willing to help others whenever he could, and truly cared about his coworkers. One of his greatest gifts was always making people laugh when the days were long and stressful and the chips were down at work.

As time went on, Mark and I became very close friends. He became one of my biggest supporters and confidant, and was there for me in the best and worst of times. We celebrated each other's big life moments and were there for each other during the hard ones. While I was going through a particularly difficult day, Mark invited me to his home, allowed me to stay for hours, fed me multiple meals, and made sure I was okay before I returned home. At times, he would notice I was having a rough day at work, and he would make a point to sit and talk with me and help me navigate whatever stress I was dealing with. Mark has always been my biggest cheerleader and supported me in all of my dreams and goals. I have missed my friend terribly during this time that he has been incarcerated.

Mark also spoke all the time about how much he loved his kids, and the great lengths he went to in order to give them better lives and have more time with them. When he found out he was going to be a father the first time, he realized he needed to earn more money to better support his son, and immediately enrolled at RPI to get a degree in chemical engineering, which landed him his job at Regeneron. From my conversations with Mark, it is clear to me that he feels extreme remorse for his actions and the immeasurable hurt they have caused, especially the impact on his children.

I believe that Mark is a good person who exercised poor judgment while seeking human connection when he was struggling with his mental health. He was so stressed from his job at times that he would vomit in the morning before arriving to work. He was incredibly burnt out by the pace and rigor of our job. Mark has been nothing but a good, loving, caring friend and coworker to me, and from what I've witnessed, a loving parent, son, brother, and friend to everyone else around him. I ask that leniency is considered in his sentencing, I know that Mark plans to make something of himself and his life during and after his incarceration and become a better version of himself. I miss my friend every day, and the kindness and joy he brings to the world.

Sincerely,

Nicole Banach