To Whom It May Concern:

My name is Nicole Banach, and I am writing this statement as a character reference for my friend, Mark Tremblay.

Mark and I have been colleagues and friends for the greater part of 10 years. We met after he joined my department at work and worked closely together for many years. When we were both operators in the manufacturing department, Mark would always be honest when he or his team made a mistake, and would be the first person to contact management to let them know what happened and take full responsibility. I knew I could always count on him to be honest and transparent with me. Mark was well-liked by his colleagues, always had a smile on his face, and was able to get along with even the most difficult of personalities. Mark was always kind and willing to help others whenever he could, and truly cared about his coworkers. One of his greatest gifts was always making people laugh when the days were long and stressful and the chips were down at work.

As time went on, Mark and I became very close friends. He became one of my biggest supporters and confidant, and was there for me in the best and worst of times. We celebrated each other's big life moments and were there for each other during the hard ones. While I was going through a particularly difficult day, Mark invited me to his home, allowed me to stay for hours, fed me multiple meals, and made sure I was okay before I returned home. At times, he would notice I was having a rough day at work, and he would make a point to sit and talk with me and help me navigate whatever stress I was dealing with. Mark has always been my biggest cheerleader and supported me in all of my dreams and goals. I have missed my friend terribly during this time that he has been incarcerated.

Mark also spoke all the time about how much he loved his kids, and the great lengths he went to in order to give them better lives and have more time with them. When he found out he was going to be a father the first time, he realized he needed to earn more money to better support his son, and immediately enrolled at RPI to get a degree in chemical engineering, which landed him his job at Regeneron. From my conversations with Mark, it is clear to me that he feels extreme remorse for his actions and the immeasurable hurt they have caused, especially the impact on his children.

I believe that Mark is a good person who exercised poor judgment while seeking human connection when he was struggling with his mental health. He was so stressed from his job at times that he would vomit in the morning before arriving to work. He was incredibly burnt out by the pace and rigor of our job. Mark has been nothing but a good, loving, caring friend and coworker to me, and from what I've witnessed, a loving parent, son, brother, and friend to everyone else around him. I ask that leniency is considered in his sentencing, I know that Mark plans to make something of himself and his life during and after his incarceration and become a better version of himself. I miss my friend every day, and the kindness and joy he brings to the world.

Sincerely,

Nicole Banach