Honorable Judge D'Agostino:

My name is Christopher Tremblay, I am Mark's older brother. I've known Mark to be a kind, gentle, considerate and caring person. He has always been well-respected and has a reputation for being a reliable, hard worker. He was an excellent student and was never in trouble. This situation he is in has gutted us all because it is so out of character for him. Anyone who knows him would agree.

I am married and the father of four children. Mark is Godfather to two of my children. My children love Mark very much and miss him dearly. It's difficult to answer their questions about Uncle Mark. My Catholic faith tells me that God has a plan for Mark; although it isn't what we would want for him, it may have been a blessing in disguise as he was unhappy, unhealthy and stressed out.

Mark has always been a source of pride for me as he is the first in our family to obtain a college degree; in doing so, he has inspired me to pursue an engineering degree as well. After graduating from RPI, with a Chemical Engineering degree, he went on to work at Regeneron Pharmaceuticals, and he helped pioneer one of the early COVID treatments. Mark was instrumental in obtaining a life-saving drug for his mother in law. A drug that Regeneron produced and it was a life saver for her (her words).

Mark has two sons and I know that he misses his boys terribly. He has a good relationship with his older son's mother; in fact, her parents reached out to me recently, inquiring about Mark's wellbeing and they offered their love and support.

The toll of the pressure he was living under has only come to light since his arrest. He once shared with me on a visit to the jail that he would wake up every day and vomit because of the stress he was under between his job and his home life. He also shared with me that he tried to communicate his needs and feelings of neglect to his wife but he was ignored. Unfortunately, he turned to the internet for companionship and attention. He honestly thought he was communicating with a young woman who was interested in him, but he has since learned that it was a creep with bad intentions and unhealthy tendencies.

I ask you to please show mercy to my brother; he is deeply sorry and regrets all the pain he has caused. Everyone deserves a second chance, including Mark, who has done nothing but put others first his entire life.

We are here to support him every step of the way.

Sincerely,

Christopher Tremblay